

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2020

No. 04-20-00356-CR

John Stewart **MUELLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-19-0000009
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

Appellant's brief was originally due September 14, 2020; however, the court granted an extension of time to file the brief until October 14, 2020. Appellant has filed a motion requesting an additional thirty-day extension of time to file the brief.

We grant the motion and order appellant's attorney, Kurtis S. Rudkin, to file the appellant's brief by November 13, 2020. Counsel is advised that no further extensions of time will be granted absent a motion, filed by the date the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2020.



Michael A. Cruz,
Clerk of Court